# CHECKLIST FOR *ANDERS* BRIEF

**DOCKET NO.:** <u>06-15-00086-CR-06-15-00089-CR</u>        **REVIEW DATE:** 7/14/2015

**STYLE:** <u>*Samuel Moses Williams v. The State of Texas*</u>

| | **YES** | **NO** | **Reject** |
|---|:---:|:---:|:---:|
| **1. Did counsel file brief *and* motion to withdraw as counsel?** | ☒ | ☐ | ☐ |
| **2. Did counsel provide assurances that *Anders* duties were performed by either** | | | |
|    a. attaching correspondence from counsel to client, *or* | ☒ | ☐ | ☐ |
|    b. filing certification of performance of duties to client? | ☐ | ☒ | ☐ |
| **3. As part of 2 above, did counsel** | | | |
|    a. provide copies of *Anders* brief and motion to withdraw, | ☒ | ☐ | ☐ |
|    b. advise client of rights to review record and file pro se response, *and* | ☒ | ☐ | ☐ |
|    c. either | | | |
|       i. forward copies of CR and RR to client, *or* | ☒ | ☐ | ☐ |
|       ii. forward appropriately formatted form motion for access to record? | ☐ | ☒ | ☐ |

| | | **YES** | **NO** | **Warn** |
|---|---|:---:|:---:|:---:|
| **Rule 38.1(a) Identity of Parties and Counsel** | | | | |
| | List of all parties | ☒ | ☐ | ☐ |
| | Names and address of all TRIAL counsel | ☒ | ☐ | ☐ |
| | Names and address of all APPELLATE counsel | ☒ | ☐ | ☐ |
| **Rule 38.1(b) Table of Contents** | References the page number in the brief | ☒ | ☐ | ☐ |
| | Indicates the subject matter of each issue/point | ☐ | ☒ | ☐ |
| **Rule 38.1(c) Index of Authorities** | Lists citations alphabetically | ☒ | ☐ | ☐ |
| | Gives the page numbers where cases are cited | ☒ | ☐ | ☐ |
| **Rule 38.1(d) Statement of the Case** | States concisely the nature of the case | ☒ | ☐ | ☐ |
| | States the course of the proceedings | ☒ | ☐ | ☐ |
| | Gives the disposition of the case | ☒ | ☐ | ☐ |
| **Rule 38.1(f) Issues Presented** *(States concisely all issues or points)* | | ☐ | ☒ | ☐ |
| **Rule 38.1(g) Statement of Facts** | | | | |
| | States the facts concisely and without argument | ☒ | ☐ | ☐ |
| | Gives RR references (CL if not here but in Argument; Rebrief if in neither) | ☒ | ☐ | ☐ |
| **Rule 38.1(h) Summary of the Argument** | | | | |
| | Contains a succinct, clear, and accurate statement of the arguments | ☐ | ☒ | ☐ |
| | Does not merely repeat issues/points | ☐ | ☒ | ☐ |
| **Rule 38.1(i) Argument** | Contains a clear, concise argument | ☒ | ☒ | ☐ |
| | Must contain appropriate citations to authorities and/or the record | ☒ | ☐ | ☐ |
| **Rule 38.1(j) Prayer/Short Conclusion** *(States clearly the nature of the relief sought)* | | ☒ | ☐ | ☐ |
| **Rule 9.1 Signing** | State Bar of Texas identification number | ☒ | ☐ | ☐ |
| | Correct signature for e-filed documents - /s/xxnamexx | ☒ | ☐ | ☐ |
| **Rule 9.5(d) Certificate of Service** | | ☒ | ☐ | ☐ |
| **Rule 9.4 Form** | 1" margins | ☒ | ☐ | ☐ |
| | Double spaced | ☒ | ☐ | ☐ |
| | 10-point non-proportionally spaced; 13-point proportionally spaced | ☒ | ☐ | ☐ |
| | Certificate of Compliance (word-count ≤ 15,000 words) | ☒ | ☐ | ☐ |

| **E-FILED?** ☒ YES ☐ NO | **BOOKMARKED?** ☐ YES ☒ NO | **SEARCHABLE?** ☒ YES ☐ NO |
|---|---|---|
| **DISPOSITION:** ☒ FILE ☐ FILE & CORRECTION LETTER ☐ RE-BRIEF | | **O/A:** ☐ REQUESTED ☒ WAIVED |

**DATE FILED:** 7/14/2015        **PRO SE RESPONSE DUE:** 8/13/2015